UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. **01CR475** |
| vs. | ) |
| | ) Violations: Title 18, |
| ANTHONY SCOTT, | ) United States Code, |
|   also known as "Amp," | ) Sections 513(a), 1341, |
|   "Michael A. Hyman," and | ) 1343, and 2 |
|   "Bruce Beal," | ) |
| JOHN E. WOODS, | ) **JUDGE LEFKOW** |
|   also known as "Joe Johnson," | ) **MAGISTRATE JUDGE BOBRICK** |
|   "David Blazer," "Steven Price," | ) |
|   "Lucky," and "Wayne Grow," | ) |
| CARLTON PITTS, | ) |
|   also known as "Jose Rodriguez," | ) |
| DARRYL C. SHENAURLT, | ) |
|   also known as "Kevin Faulkner," | ) |
| FREDDIE RAMON JOHNSON, | ) |
|   also known as "Johnnie Morris," | ) |
|   "Nut," and "Knucklehead," | ) |
| VINCENT COOPER, | ) |
|   also known as "James Smith" | ) |
|   and "Sweet Vince," and | ) |
| MATTHEW J. GIRALAMO | ) |

**FILED**

MAY 17 2001

Magistrate Judge W. Thomas Rosemond, Jr.
U. S. District Court

**DOCKETED**

MAY 1 8 2001

COUNT ONE

The SPECIAL NOVEMBER 1999 GRAND JURY charges:

1. At times material to this indictment:

    a. Harris Bank was a financial institution located in Chicago, Illinois.

    b. Hinsbrook Bank & Trust ("Hinsbrook Bank") was a financial institution located in Willowbrook, Illinois.

    c. The First National Bank of Chicago ("First Chicago") (now known as Bank One) was a financial institution located in Chicago, Illinois.

d.    Professional Computer Center, Inc. ("PCC") was a corporation located in Itasca, Illinois.

2.    Beginning on a date unknown to the Grand Jury but not later than on or about October 20, 1998, and continuing until on or about October 1, 1999, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ANTHONY SCOTT,
>     also known as "Amp,"
>     "Michael A. Hyman," and
>     "Bruce Beal,"
> JOHN E. WOODS,
>     also known as "Joe Johnson,"
>     "David Blazer," "Steven Price,"
>     "Lucky," and "Wayne Grow,"
> CARLTON PITTS,
>     also known as "Jose Rodriguez,"
> DARRYL C. SHENAURLT,
>     also known as "Kevin Faulkner,"
> FREDDIE RAMON JOHNSON,
>     also known as "Johnnie Morris,"
>     "Nut," and "Knucklehead,"
> VINCENT COOPER,
>     also known as "James Smith"
>     and "Sweet Vince," and
> MATTHEW J. GIRALAMO,

defendants herein, together with others known and unknown to the Grand Jury, including "Co-Schemer A," "Co-Schemer B," "Co-Schemer C," and "Co-Schemer D," devised, intended to devise, and participated in a scheme to defraud and to obtain money and property from various individuals and companies by means of materially false and fraudulent pretenses, representations, and promises, as further described below.

-2-

3. It was part of the scheme that defendants ANTHONY SCOTT, JOHN E. WOODS, CARLTON PITTS, DARRYL C. SHENAURLT, FREDDIE RAMON JOHNSON, VINCENT COOPER, and MATTHEW J. GIRALAMO contacted individuals and mail-order companies (collectively the "Sellers") in order to purchase certain items of merchandise, including luxury automobiles, race-car engines, motorcycles and motorcycle accessories, audio-recording equipment, jewelry, and pit bull dogs. These defendants obtained the sale prices of the items from the Sellers, as well as the names of the individuals or companies to whom the payments were to be made.

4. It was further part of the scheme that defendant ANTHONY SCOTT manufactured, or caused to be manufactured, counterfeited Harris Bank and Hinsbrook Bank cashier's checks (collectively the "Counterfeited Cashier's Checks") that were made payable to the individuals or companies and in the amounts specified by the Sellers.

5. It was further part of the scheme that defendant ANTHONY SCOTT presented certain Counterfeited Cashier's Checks to certain Sellers as payments for items of merchandise. SCOTT sold and distributed, or caused to be sold and distributed, certain other Counterfeited Cashier's Checks to defendants JOHN E. WOODS, CARLTON PITTS, DARRYL C. SHENAURLT, FREDDIE RAMON JOHNSON, VINCENT COOPER, and MATTHEW J. GIRALAMO, who in turn presented, or caused to be presented, these Counterfeited Cashier's Checks to Sellers (or to

common carriers as cash-on-delivery ("C.O.D.") payments), in exchange for items of merchandise.

6. It was further part of the scheme that Co-Schemer A obtained a cellular telephone in the name of another individual without that individual's consent. Co-Schemer A told defendant CARLTON PITTS that he (Co-Schemer A) wanted the number to this cellular telephone to be printed on certain Harris Bank Counterfeited Cashier's Checks in order to create the false appearance that this number was a legitimate telephone number of Harris Bank. In this way, if individuals to whom these counterfeited checks were presented called this number to verify the validity of the checks, these individuals would in fact speak with Co-Schemer A, defendant MATTHEW J. GIRALAMO, or another co-schemer, instead of a true Harris Bank representative. Defendant ANTHONY SCOTT thereafter manufactured, or caused to be manufactured, Counterfeited Cashier's Checks bearing this cellular telephone number, which checks SCOTT sold and distributed, or caused to be sold and distributed, to Co-Schemer A and GIRALAMO.

7. It was further part of the scheme that defendant ANTHONY SCOTT manufactured, or caused to be manufactured, counterfeited PCC payroll checks that were made payable to Co-Schemer B and drawn on an account maintained by PCC at First Chicago. SCOTT distributed, or caused to be distributed, the counterfeited PCC payroll checks to defendant JOHN E. WOODS, who in turn distributed the checks to

-4-

Co-Schemer B. WOODS accompanied Co-Schemer B to currency exchanges in the Chicago area, where Co-Schemer B cashed or attempted to cash the checks. Co-Schemer B thereafter provided WOODS with the cash proceeds of the counterfeited PCC payroll checks.

8. It was further part of the scheme that defendants ANTHONY SCOTT and CARLTON PITTS, with the assistance of Co-Schemer C, established, or caused to be established, a telephone account at Co-Schemer C's residence in the name of a fictitious entity, "CK Jewelers." This account had a "call-forward" feature that, when activated, directed calls placed to a separate, toll-free telephone number to a music studio owned and operated by SCOTT in the Chicago area. This toll-free telephone number was printed on the counterfeited PCC payroll checks cashed by Co-Schemer B in order to create the false appearance that the number was a legitimate telephone number of PCC. At the direction of PITTS, Co-Schemer C, from time to time, activated this call-forward feature. In this way, if individuals to whom these counterfeited payroll checks were presented called the toll-free number to verify the validity of the checks, the individuals would in fact speak with SCOTT or another co-schemer, instead of a true PCC representative.

9. It was further part of the scheme that the defendants and their co-schemers did misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden, the purposes of the acts done in furtherance of the scheme.

10.   On or about November 10, 1998, in the Northern District of Illinois, Eastern Division,

> VINCENT COOPER,
>         also known as "James Smith"
>         and "Sweet Vince,"

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Columbus, Ohio;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT TWO

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.   The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.   In or about mid-November 1998, in the Northern District of Illinois, Eastern Division,

> FREDDIE RAMON JOHNSON,
>      also known as "Johnnie Morris,"
>      "Nut," and "Knucklehead," and
> VINCENT COOPER,
>      also known as "James Smith"
>      and "Sweet Vince,"

defendants herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Rome, Georgia;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT THREE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.    On or about November 19, 1998, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
> also known as "Amp,"
> "Michael A. Hyman," and
> "Bruce Beal,"

defendant herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Castle Rock, Colorado;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT FOUR

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.    On or about January 10, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>         also known as "Amp,"
>         "Michael A. Hyman," and
>         "Bruce Beal,"
> JOHN E. WOODS,
>         also known as "Joe Johnson,"
>         "David Blazer," "Steven Price,"
>         "Lucky," and "Wayne Grow," and
> CARLTON PITTS,
>         also known as "Jose Rodriguez,"

defendants herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Parkersburg, West Virginia;

In violation of Title 18, United States Code, Sections 1343 and 2.

-9-

## COUNT FIVE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.    On or about January 23, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>      also known as "Amp,"
>      "Michael A. Hyman," and
>      "Bruce Beal," and
> JOHN E. WOODS,
>      also known as "Joe Johnson,"
>      "David Blazer," "Steven Price,"
>      "Lucky," and "Wayne Grow,"

defendants herein, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Omaha, Nebraska;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT SIX

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.    On or about January 25, 1999, in the Northern District of Illinois, Eastern Division,

MATTHEW J. GIRALAMO,

defendant herein, together with Co-Schemer D, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused a parcel containing motorcycle accessories with a value of approximately $1,600, to be delivered by a commercial interstate carrier, namely, United Parcel Service, according to the directions thereon to:

>            Post Option
>            1019 Madison Street
>            Oak Park, Illinois 60302

In violation of Title 18, United States Code, Sections 1341 and 2.

-11-

## COUNT SEVEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.    On or about January 26, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
> also known as "Amp,"
> "Michael A. Hyman," and
> "Bruce Beal," and
> CARLTON PITTS,
> also known as "Jose Rodriguez,"

defendants herein, together with Co-Schemer C, for the purpose of executing the above-described scheme and attempting to do so, knowingly caused a parcel containing jewelry with a value of approximately $4,014, to be delivered by a commercial interstate carrier, namely, United Parcel Service, according to the directions thereon to:

> Carol Fuller
> CK Jewelers
> 10 W. Pebble Beach Circle
> Suite 302
> Glendale Heights, Illinois 60139

In violation of Title 18, United States Code, Sections 1341 and 2.

## COUNT EIGHT

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs One through Nine of Count One of this indictment.

2.     In or about early July 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
> > also known as "Amp,"
> > "Michael A. Hyman," and
> > "Bruce Beal,"
> JOHN E. WOODS,
> > also known as "Joe Johnson,"
> > "David Blazer," "Steven Price,"
> > "Lucky," and "Wayne Grow," and
> DARRYL C. SHENAURLT,
> > also known as "Kevin Faulkner,"

defendants herein, together with Co-Schemer B, for the purpose of executing the above-described scheme and attempting to do so, knowingly transmitted and caused to be transmitted in interstate commerce by means of wire and radio communications certain signals and sounds, namely, a telephone call from a telephone located in Chicago, Illinois to a telephone located in Elkhart, Indiana;

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNT NINE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    At times material to this Count of the indictment:

a.    Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

2.    On or about November 2, 1998, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ANTHONY SCOTT,
>        also known as "Amp,"
>        "Michael A. Hyman," and
>        "Bruce Beal,"
> FREDDIE RAMON JOHNSON,
>        also known as "Johnnie Morris,"
>        "Nut," and "Knucklehead," and
> VINCENT COOPER,
>        also known as "James Smith"
>        and "Sweet Vince,"

defendants herein, knowingly possessed, and caused to be possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005873) in the amount of $22,000, with intent to deceive another person and organization, namely, "Person A";

In violation of Title 18, United States Code, Sections 513(a) and 2.

-14-

## COUNT TEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.  At times material to this Count of the indictment:

    a.  Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

    b.  JEGS High Performance, Inc. ("JEGS"), located in Columbus, Ohio, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

2.  On or about November 13, 1998, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>    also known as "Amp,"
>    "Michael A. Hyman," and
>    "Bruce Beal," and
> VINCENT COOPER,
>    also known as "James Smith"
>    and "Sweet Vince,"

defendants herein, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005895) in the amount of $1,130.91, with intent to deceive another person and organization, namely, JEGS;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT ELEVEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     At times material to this Count of the indictment:

a.     Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

b.     On or about November 18, 1998, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ANTHONY SCOTT,
>     also known as "Amp,"
>     "Michael A. Hyman," and
>     "Bruce Beal,"
> FREDDIE RAMON JOHNSON,
>     also known as "Johnnie Morris,"
>     "Nut," and "Knucklehead," and
> VINCENT COOPER,
>     also known as "James Smith"
>     and "Sweet Vince,"

defendants herein, knowingly possessed, and caused to be possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005937) in the amount of $22,000, with intent to deceive another person and organization, namely, "Person B";

In violation of Title 18, United States Code, Sections 513(a) and 2.

COUNT TWELVE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    At times material to this Count of the indictment:

    a.    The First National Bank of Chicago ("First Chicago") (now known as Bank One), located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

    b.    Professional Computer Center, Inc. ("PCC"), located in Itasca, Illinois, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

    c.    Lombard Currency Exchange, Inc. ("LCE") (now known as West Suburban Currency Exchanges, Inc.), located in Lombard, Illinois, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

2.    On or about January 9, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>     also known as "Amp,"
>     "Michael A. Hyman," and
>     "Bruce Beal," and
> JOHN E. WOODS,
>     also known as "Joe Johnson,"
>     "David Blazer," "Steven Price,"
>     "Lucky," and "Wayne Grow,"

defendants herein, together with Co-Schemer B, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of PCC, namely, a counterfeited PCC payroll check (no. 20020) in the amount of $1,238.45, drawn on an account

-17-

maintained by PCC at First Chicago, with intent to deceive another person and organization, namely, LCE;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT THIRTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.   At times material to this Count of the indictment:

a.   Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

b.   Pingel Enterprises, Inc. ("Pingel"), located in Adams, Wisconsin, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

2.   On or about January 19, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>> also known as "Amp,"
>> "Michael A. Hyman," and
>> "Bruce Beal,"
> CARLTON PITTS,
>> also known as "Jose Rodriguez," and
> MATTHEW J. GIRALAMO,

defendants herein, together with Co-Schemer A and Co-Schemer D, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005990) in the amount of $1,600, with intent to deceive another person and organization, namely, Pingel;

In violation of Title 18, United States Code, Sections 513(a) and 2.

-19-

## COUNT FOURTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.  At times material to this Count of the indictment:

    a.  Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

2.  On or about January 21, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>  also known as "Amp,"
>  "Michael A. Hyman," and
>  "Bruce Beal,"
> CARLTON PITTS,
>  also known as "Jose Rodriguez," and
> MATTHEW J. GIRALAMO,

defendants herein, together with Co-Schemer A and Co-Schemer D, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005992) in the amount of $19,000, with intent to deceive another person and organization, namely, "Person C";

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT FIFTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.  At times material to this Count of the indictment:

a.  Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

2.  On or about January 23, 1999, in the Northern District of Illinois, Eastern Division,

>           ANTHONY SCOTT,
>               also known as "Amp,"
>               "Michael A. Hyman," and
>               "Bruce Beal,"
>           CARLTON PITTS,
>               also known as "Jose Rodriguez," and
>           MATTHEW J. GIRALAMO,

defendants herein, together with Co-Schemer A and Co-Schemer D, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225005993) in the amount of $7,500, with intent to deceive another person and organization, namely, "Person D";

In violation of Title 18, United States Code, Sections 513(a) and 2.

-21-

## COUNT SIXTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.   At times material to this Count of the indictment:

a.   Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

b.   Woodhouse Dodge, located in Blair, Nebraska, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

2.   On or about January 23, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
>     also known as "Amp,"
>     "Michael A. Hyman," and
>     "Bruce Beal," and
> JOHN E. WOODS,
>     also known as "Joe Johnson,"
>     "David Blazer," "Steven Price,"
>     "Lucky," and "Wayne Grow,"

defendants herein, knowingly possessed, and caused to be possessed, counterfeited securities of Harris Bank, namely, counterfeited Harris Bank cashier's checks (nos. 225005996, 225005997, and 225005998) in the total amount of $35,000, with intent to deceive another person and organization, namely, "Person E" and Woodhouse Dodge;

In violation of Title 18, United States Code, Sections 513(a) and 2.

-22-

## COUNT SEVENTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1. At times material to this Count of the indictment:

a. Harris Bank, located in Chicago, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

b. HMS Jewelry, located in Dallas, Texas, was a corporation which operated in, and the activities of which affected, interstate and foreign commerce.

2. On or about January 26, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
> > also known as "Amp,"
> > "Michael A. Hyman," and
> > "Bruce Beal," and
> CARLTON PITTS,
> > also known as "Jose Rodriguez,"

defendants herein, together with Co-Schemer C, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Harris Bank, namely, a counterfeited Harris Bank cashier's check (no. 225006008) in the amount of $4,014.04, with intent to deceive another person and organization, namely, HMS Jewelry;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT EIGHTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.  At times material to this Count of the indictment:

    a.  Hinsbrook Bank & Trust ("Hinsbrook Bank"), located in Willowbrook, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

2.  On or about July 3, 1999, in the Northern District of Illinois, Eastern Division,

> ANTHONY SCOTT,
> also known as "Amp,"
> "Michael A. Hyman," and
> "Bruce Beal," and
> DARRYL C. SHENAURLT,
> also known as "Kevin Faulkner,"

defendants herein, knowingly uttered and possessed, and caused to be uttered and possessed, a counterfeited security of Hinsbrook Bank, namely, a counterfeited Hinsbrook Bank cashier's check (no. 51053) in the amount of $6,200, with intent to deceive another person and organization, namely, "Person F";

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT NINETEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.   At times material to this Count of the indictment:

     a.   Hinsbrook Bank & Trust ("Hinsbrook Bank"), located in Willowbrook, Illinois, was a financial institution which operated in, and the activities of which affected, interstate and foreign commerce.

2.   On or about July 10, 1999, in the Northern District of Illinois, Eastern Division, and elsewhere,

> ANTHONY SCOTT,
>       also known as "Amp,"
>       "Michael A. Hyman," and
>       "Bruce Beal,"
> JOHN E. WOODS,
>       also known as "Joe Johnson,"
>       "David Blazer," "Steven Price,"
>       "Lucky," and "Wayne Grow," and
> DARRYL C. SHENAURLT,
>       also known as "Kevin Faulkner,"

defendants herein, together with Co-Schemer B, knowingly possessed, and caused to be possessed, a counterfeited security of Hinsbrook Bank, namely, a counterfeited Hinsbrook Bank cashier's check (no. 76142) in the amount of $19,500, with intent to deceive another person and organization, namely, "Person G";

In violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL:

_____
F O R E P E R S O N

**ACTING** UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
Northern District of Illinois
Eastern Division

NO. _____

THE UNITED STATES OF AMERICA

vs.

ANTHONY SCOTT, also known as "Amp," "Michael A. Hyman,"
and "Bruce Beal," JOHN E. WOODS, also known as "Joe Johnson,"
"David Blazer," "Steven Price," "Lucky," and "Wayne Grow,"
CARLTON PITTS, also known as "Jose Rodriguez,"
DARRYL C. SHENAURLT, also known as "Kevin Faulkner,"
FREDDIE RAMON JOHNSON, also known as "Johnnie Morris,"
"Nut," and "Knucklehead," VINCENT COOPER, also known as
"James Smith" and "Sweet Vince," and MATTHEW J. GIRALAMO

INDICTMENT

Violations: Title 18, United States Code,
Sections 513(a), 1341, 1343, and 2.

_____

A true bill,

_Clarvil J. Griffin_
Foreman

_____

Filed in open court this _1976_ day

of _May_ , A.D. 19 _2001_

_[signature]_
Clerk

MICHAEL W. DOBBINS

_____

Bail, $ _____